AO 245B    (Rev. 6/2005) Judgment in a Criminal Case (Rev. USAO 10/2005; BJS 12/2005)
           Sheet 1

# UNITED STATES DISTRICT COURT

**WESTERN** District of **WASHINGTON**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| DANIEL LEE | Case Number: CR12-5303 |
| | Linda R. Sullivan |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to ~~count(s)~~   the single-count Superseding Information

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count No. |
|---|---|---|---|
| R.C.W. 46.20.342(1)(b) | Driving While License Suspended, 2nd Degree | 6/12/2012 | I |

The defendant is sentenced as provided in pages 2 through _five (5)_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) _____ ☐ is ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-2678
(Last four digits only)

Defendant's Date of Birth   XX-XX-1954

USM No. _____

Defendant's Signature: _Daniel Lee_

Special Assistant United States Attorney

12/3/2012
Date of Imposition of Judgment

Signature of Judge

THE HONORABLE J. RICHARD CREATURA
United States Magistrate Judge (add name of Judge)

12/3/2012
Date

FILED LODGED
RECEIVED
DEC 03 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

AO 245B (Rev. 6/2005) Judgment in a Criminal Case (Rev. USAO 10/2005; BJS 12/2005)
Sheet 4 – Probation

Judgment – Page __2__ of __5__

DEFENDANT: DANIEL LEE
CASE NUMBER: CR12-5303

# PROBATION

The defendant is hereby sentenced to probation for a term of: __One year (1 year)__

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, up to a maximum of __8__ tests per month at dates and times directed by the U.S. Probation Officer.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: DANIEL LEE
CASE NUMBER: CR12-5303

# ADDITIONAL PROBATION / SUPERVISED RELEASE TERMS
**(Check if applicable)**

____ The defendant shall perform _____ hours of community service as directed by the U.S. Probation Office.

____ The defendant shall participate as directed in a mental health treatment program, approved by the U.S. Probation Office. The defendant must also contribute to the cost of the program to the extent the defendant is financially able to do so as determined by U.S. Probation.

✓ The defendant shall participate as instructed by defendant's U.S. Probation Officer in a program approved by the probation office for treatment of alcohol or narcotic addiction, drug dependency or substance abuse, which may include testing to determine if the defendant has reverted to the use of alcohol or drugs, and an evaluation for alcohol or drug dependency. The defendant shall submit to one drug and/or alcohol test within 15 days of placement on probation (or release from imprisonment) and at least two periodic drug and/or alcohol tests thereafter not to exceed eight valid tests per month, pursuant to 18 U.S.C. § 3563(a)(5) and 18 U.S.C. § 3583(d). <u>The defendant shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision.</u> Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the U.S. Probation Officer.

✓ The defendant shall not enter any establishment where alcohol is the primary commodity for sale.

✓ The defendant shall not drive without a valid license or insurance.

____ The defendant shall submit to a search of his/her person, residence, office, property, storage unit, or vehicle conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

____ The defendant shall pay restitution in the amount of $_____. Any unpaid amount is to be paid during the period of supervision as directed by defendant's U.S. Probation Officer. Interest on restitution shall be waived.

____ The defendant shall reside in and satisfactorily participate in a residential reentry center (RRC) program, to include prerelease component and day reporting program participation, if determined appropriate by the Program Manager and the U.S. Probation Officer, as a condition of supervised release or probation for up to _____ days / months or until discharged by the Program Manager or U.S. Probation Officer. The defendant may be responsible for a 25% gross income subsistence fee. Note the subsistence will be reduced to 10% in the event the defendant is moved to day reporting.

____ The defendant shall participate in the home confinement program with electronic monitoring (EM) as directed by defendant's Probation Officer for a period of _____ days. The defendant shall pay for costs of the program as directed by defendant's Probation Officer.

____ The defendant shall drive only a motor vehicle equipped with a functioning ignition lock device for a period of _____ .

____ Other conditions:

AO 245B (Rev. 6/2005) Judgment in a Criminal Case (Rev. USAO 10/2005; BJS 12/2005)
Sheet 5 – Criminal Monetary Penalties

Judgment – Page **4** of **5**

DEFENDANT: DANIEL LEE
CASE NUMBER: CR12-5303

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Processing** | **Restitution** |
|---|---|---|---|---|
| TOTALS | $ 25.00 | $ X | $ X | $ X |

( $ 25.00 )

☐ The Court finds that the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority of Percentage** |
|---|---|---|---|
| | | | |

TOTALS          $_____          $_____

☐ Restitution amount ordered pursuant to plea agreement  $_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

◆AO 245B   (Rev. 6/2005) Judgment in a Criminal Case (Rev. USAO 10/2005; BJS 12/2005)
          Sheet 6 – Schedule of Payments

Judgment – Page __5__ of __5__

DEFENDANT:      DANIEL LEE
CASE NUMBER:    CR12-5303

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

☐ PAYMENT IS DUE IMMEDIATELY.  Any unpaid amount shall be paid:

☒ No later than __30 DAYS__

  ☐ During the period of imprisonment, no less than ____% of their inmate gross monthly income or $25.00 per quarter, whichever is greater, to be collected and disbursed in accordance with the Inmate Financial Responsibility Program.

  ☐ During the period of supervised release, in monthly installments amounting to not less than ____% of the defendant's gross monthly household income, to commence 30 days after release from imprisonment.

  ☐ During the period of probation, in monthly installments amounting to not less than ____% of the defendant's gross monthly household income, to commence 30 days after the date of this judgment.

**The payment schedule above is the minimum amount that the defendant is expected to pay towards the monetary penalties imposed by the Court.  The defendant shall pay more than the amount established whenever possible.  The defendant must notify the Court, the United States Probation Office, and the United States Attorney's Office of any material change in the defendant's financial circumstances that might affect the ability to pay restitution.**

Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.

All criminal monetary penalties, except those payments made through the Federal Bureau of Prison's Inmate Financial Responsibility Program, are made to: United States District Court, Western District of Washington.  For restitution payments, the Clerk of the Court is to forward money received to the party(ies) designated to receive restitution specified at page _____ of this Judgment.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.


☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

*Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.*

◆AO 245B   (Rev. 6/2005) Judgment in a Criminal Case (Rev. USAO 10/2005; BJS 12/2005)